# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>ERIC MICHAEL MYLER, )<br>)<br>Defendant. ) | Case No. CR-16-106-D |

## ORDER OF FORFEITURE
## AND IMPOSITION OF FORFEITURE JUDGMENT

On July 7, 2016, Defendant entered a Petition to Enter Plea of Guilty with the United States in which he agreed to forfeit to the United States voluntarily and immediately all of his right, title, and interest to any and all assets that are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C). The counts of conviction, Counts 1 and 2, seek a forfeiture money judgment in the amount of $33,092.52 representing the proceeds derived from or obtained as a result of the offenses. The Court will therefore enter a personal forfeiture money judgment against Defendant in the amount of $33,092.52. In making such determination, the Court finds that no ancillary proceeding is required under Federal Rules of Criminal Procedure 32.2(b)(2) and 32.2(c)(1).

Pursuant to Federal Rule of Criminal Procedure 32.2 and 18 U.S.C. § 981(a)(1)(C), judgment is hereby entered against Defendant and in favor of the United

States in the amount of $33,092.52.

Pursuant to Federal Rule of Criminal Procedure 32.2, the sum of $33,092.52 is hereby condemned and forfeited to the United States of America, and all rights, title, and interest in such property are hereby forever removed, discharged, condemned, and forfeited to the United States of America and shall be disposed of according to law.

This Court shall retain jurisdiction in the case for the purpose of enforcing this Order. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall become final as to Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to apply to property having a value not to exceed $33,092.52 to satisfy the money judgment in whole or in part.

This judgment shall be recorded in the records of the County Clerk's Office in the county of Defendant's residence and any and all other counties in which Defendant has either real or personal property as a lien thereon in the amount of $33,092.52 until paid in full, as determined by the government. Upon payment of the judgment in full, the United States shall file a Satisfaction of Judgment with the District Court and the appropriate Clerk of the County in which any transcript or abstract of the judgment has been filed.

This order is in continuing and full effect until payment of the amount specified

above is made in full.

    **IT IS SO ORDERED** this 20th day of September, 2016.

                                            TIMOTHY D. DeGIUSTI
                                            UNITED STATES DISTRICT JUDGE